# In The United States Court of Federal Claims

Cover Sheet 05-1316C

Plaintiff(s) or Petitioner(s)

CPN CASCADE, INC. (formerly d/b/a CE NEWBERRY, INC.), a Delaware Corporation

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Rick D. Bailey

Firm Name: Holland & Hart LLP

Post Office Box:

Street Address: 8390 East Crescent Parkway, Suite 400

City-State-Zip: Greenwood Village, CO 80111

Telephone & Facsimile Numbers: T: (303) 290-1089; F: (303) 290-1606

E-mail address: rbailey@hollandhart.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 8

**Select only one (three digit) nature of suit code from attached sheet and if numbers 116, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O E

**See attached Sheet for three digit code.**

Amount Claimed: $ 9,000,000 plus interest, costs and fees

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005