# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CPN CASCADE, INC.** | ) | |
| **Plaintiff,** | ) | **No. 05-1316C** |
| **v.** | ) | **Judge Wolski** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## <u>SUGGESTION OF BANKRUPTCY</u>

Please take notice that the Plaintiff, CPN Cascade, Inc., has filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, as described in the attached Exhibit A.

Dated January 5, 2006.

Respectfully submitted,

S/ Rick D. Bailey
Rick D. Bailey
Holland & Hart LLP
8390 East Crescent Parkway, Suite 400
Greenwood Village, CO 80111-2800
Phone: (303) 290-1089
Fax: (303) 290-1606
rbailey@hollandhart.com
CM/ECF User

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2005, a copy of the foregoing "Suggestion of Bankruptcy" was filed electronically. I understand that notice of this filing is being served on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ Rick D. Bailey

3497791_1.DOC