IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CPN CASCADE, INC., Plaintiff, | ) | |
| v. | ) | No. 05-1316C |
| THE UNITED STATES, Defendant. | ) | (Judge Wolski) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 30 days, to and including March 17, 2006, within which to file our response to the complaint. Our answer is due on February 17, 2006. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, CPN Cascade, Inc. ("CPN") has authorized us to state that CPN does not oppose this motion.

Counsel for the United States has not yet received a draft response to the complaint from agency counsel. In part, the delay has been the result of some confusion about the effect of the suggestion of bankruptcy filed by CPN. Counsel for CPN agrees that certain aspects of this case are subject to a statutory stay. Furthermore, counsel for CPN concedes that the bankruptcy court has not yet authorized payment for counsel to prosecute this action. However, counsel for CPN has suggested that our response to the complaint is not subject to the statutory stay.

We respectfully request an additional 30 days in order to further assess the impact of the bankruptcy proceedings upon this case, and in order to prepare a response to the complaint.

The full enlargement of time is needed to permit counsel to perform the necessary research, to consult with the agency regarding allegations in the complaint, and to draft or revise a response to the complaint, if appropriate. In addition, time is needed for review of the draft response by the agency and by supervisors at the Department of Justice.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-307-6289
Fax: 202-514-7969

February 15, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on February 15, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier