# In the United States Court of Federal Claims

No. 05-1316C
(Filed February 17, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
*
**CPN CASCADE, INC.** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed Motion for an Enlargement of Time is **GRANTED**. The response to the Complaint shall be filed on or by March 17, 2006.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge