# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CPN CASCADE, INC.** | ) | |
| **Plaintiff,** | ) | **No. 05-1316C** |
| **v.** | ) | **Judge Wolski** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## UNOPPOSED MOTION FOR TEMPORARY STAY OF PROCEEDINGS

CPN Cascade, Inc. gave notice that it and its affiliates had filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, by filing a Suggestion of Bankruptcy in this matter on January 5, 2006. A temporary stay of this matter is necessary to allow CPN Cascade, Inc. to take care of housekeeping matters in the Bankruptcy and to seek relief from the Bankruptcy Court so that it can move forward with this action. Counsel have conferred and the parties are in agreement that this matter may be stayed to and including May 30, 2006.

Dated April 19, 2006.

Respectfully submitted,

S/ Rick D. Bailey

Rick D. Bailey
Holland & Hart LLP
8390 East Crescent Parkway, Suite 400
Greenwood Village, CO 80111-2800
Phone: (303) 290-1089
Fax: (303) 290-1606
rbailey@hollandhart.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2005, a copy of the foregoing "Unopposed Motion for Temporary Stay" was filed electronically. I understand that notice of this filing is being served on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ Rick D. Bailey

3538276_1.DOC