# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CPN CASCADE, INC.** | ) | |
| **Plaintiff,** | ) | **No. 05-1316C** |
| **v.** | ) | **Judge Wolski** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**[PROPOSED] ORDER STAYING PROCEEDINGS**

Plaintiff, CPN Cascade, Inc. gave notice that it and its affiliates had filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, by filing a Suggestion of Bankruptcy in this matter on January 5, 2006. The parties are in agreement that this matter may be stayed to and including May 30, 2006.

The Court being fully advised, IT IS HEREBY ORDERED THAT THE UNOPPOSED MOTION FOR TEMPORARY STAY OF PROCEEDINGS IS GRANTED AND THIS MATTER IS STAYED TO AND INCLUDING MAY 30, 2005.

Dated .

**BY THE COURT**

____________________________________