# In the United States Court of Federal Claims

No. 05-1316C
(Filed April 25, 2006)

* * * * * * * * * * * * * * * * * * * * * * *

**CPN CASCADE, INC.**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received the plaintiff's unopposed motion for a stay of proceedings. The motion is GRANTED. The case shall be stayed until May 30, 2006. The parties shall file a joint status report on or by May 30, 2006 with recommendations for further proceedings.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge