# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CPN CASCADE, INC.** | ) | |
| **Plaintiff,** | ) | **No. 05-1316C** |
| **v.** | ) | **Judge Wolski** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## STATUS REPORT FILED PURSUANT TO APRIL 25, 2006 ORDER

CPN Cascade, Inc. and the United States file this status report pursuant to the Court's Order filed April 25, 2006. By unopposed motion filed this date, CPN Cascade, Inc. is seeking a continuation of the temporary stay in this matter to and including July 30, 2006.

Dated: May 30, 2006

s/ Rick D. Bailey
Rick D. Bailey
Holland & Hart LLP
8390 East Crescent Parkway, Suite 400
Greenwood Village, CO 80111-2800
Phone: (303) 290-1089
Fax: (303) 290-1606
rbailey@hollandhart.com
**ATTORNEYS FOR PLAINTIFF**

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, DC 20530
Telephone: (202) 307-6289
Facsimile: (202) 514-7969
**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2005, a copy of the foregoing "Status Report Filed Pursuant to April 25, 2006 Order" was filed electronically. I understand that notice of this filing is being served on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Rick D. Bailey

3559872_1.DOC