# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CPN CASCADE, INC.** | ) | |
| **Plaintiff,** | ) | **No. 05-1316C** |
| **v.** | ) | **Judge Wolski** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**SECOND UNOPPOSED MOTION FOR TEMPORARY STAY OF PROCEEDINGS**

CPN Cascade, Inc. gave notice that it and its affiliates had filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, by filing a Suggestion of Bankruptcy in this matter on January 5, 2006. The continuation of the temporary stay of this matter is necessary to allow CPN Cascade, Inc. to take care of housekeeping matters in the Bankruptcy and to seek whatever relief may be necessary from the Bankruptcy Court so that it can move forward with this action. Counsel have conferred and the parties are in agreement that this matter may be stayed to and including July 30, 2006. CPN Cascade, Inc. will promptly notify this Court if these housekeeping matters are completed before July 30, 2006 so that the case may proceed and will, in any event, file a status report on or before July 1, 2006.

Dated May 30, 2006.

Respectfully submitted,

S/ Rick D. Bailey ____________________________

Rick D. Bailey
Holland & Hart LLP
8390 East Crescent Parkway, Suite 400
Greenwood Village, CO 80111-2800
rbailey@hollandhart.com
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2006, a copy of the foregoing "Second Unopposed Motion for Temporary Stay" was filed electronically. I understand that notice of this filing is being served on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ Rick D. Bailey

3559864_1.DOC