# In the United States Court of Federal Claims

No. 05-1316C
(Filed June 1, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
*
**CPN CASCADE, INC.** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has received the plaintiff's second unopposed motion for a stay of proceedings. The motion is **GRANTED**. The case shall be stayed until July 31, 2006. The parties shall file a joint status report on or by July 31, 2006, or upon completion of the housekeeping matters referenced in the motion, whichever date is earlier. In the joint status report the parties shall recommend how to proceed in this matter.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge