# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CPN CASCADE, INC.** | ) | |
| **Plaintiff,** | ) | **No. 05-1316C** |
| **v.** | ) | **Judge Wolski** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## THIRD UNOPPOSED MOTION FOR TEMPORARY STAY OF PROCEEDINGS

CPN Cascade, Inc. seeks a continuation of the temporary stay of this matter to allow it to resolve the housekeeping matters and obtain whatever relief may be necessary from the Bankruptcy Court so that it can move forward with this action. Counsel have conferred and have filed a Status Report concurrent with this Motion. The parties are in agreement that this matter may be stayed to and including September 30, 2006. CPN Cascade, Inc. will promptly notify this Court if the case is ready to proceed at an earlier date.

Dated July 31, 2006.

Respectfully submitted,

s/ Rick D. Bailey
Rick D. Bailey
Holland & Hart LLP
8390 East Crescent Parkway, Suite 400
Greenwood Village, CO 80111-2800
Phone: (303) 290-1089
Fax: (303) 290-1606
rbailey@hollandhart.com
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2006, a copy of the foregoing "Third Unopposed Motion for Temporary Stay" was filed electronically. I understand that notice of this filing is being served on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Rick D. Bailey
Rick D. Bailey

3584557_1.DOC