# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CPN CASCADE, INC.** | ) | |
| **Plaintiff,** | ) | **No. 05-1316C** |
| **v.** | ) | **Judge Wolski** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## ORDER GRANTING THIRD UNOPPOSED MOTION FOR TEMPORARY STAY OF PROCEEDINGS

The Court has received the plaintiff's third unopposed motion for a stay of proceedings. The motion is **GRANTED**. The case shall be stayed until September 30, 2006.

**IT IS SO ORDERED.**

______________________________

**VICTOR J. WOLSKI**
Judge

3559864_1.DOC