# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CPN CASCADE, INC.,** | ) | |
| **Plaintiff,** | ) | **No. 05-1316C** |
| **v.** | ) | **Judge Wolski** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## STATUS REPORT FILED PURSUANT TO OCTOBER 3, 2006 ORDER

CPN Cascade, Inc. and the United States have conferred and file this status report pursuant to the Court's Order entered October 3, 2006. By unopposed motion filed this date, CPN Cascade, Inc. is seeking a continuation of the temporary stay in this matter to and including January 30, 2006. CPN Cascade, Inc. reports as follows:

CPN Cascade, Inc. gave notice that it and its affiliates had filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, by filing a Suggestion of Bankruptcy in this matter on January 5, 2006. There are over 250 debtors and the administrative demands of these Bankruptcy proceedings have been extraordinary. CPN Cascade, Inc. is in the process of seeking additional relief from the Bankruptcy Court in order to proceed with this lawsuit. These efforts are well underway and are continuing, but they have not been completed due to the extraordinary administrative demands of the Bankruptcy. The company is proceeding as quickly as possible to resolve the Bankruptcy housekeeping matters related to this lawsuit and plans to be in a position to proceed with the lawsuit on or before January 30, 2007.

Dated: November 30, 2006.

Respectfully submitted,

s/ Rick D. Bailey
Rick D. Bailey
Holland & Hart LLP
8390 East Crescent Parkway, Suite 400
Greenwood Village, CO 80111-2800
Phone: (303) 290-1089
Fax: (303) 290-1606
rbailey@hollandhart.com
**ATTORNEYS FOR PLAINTIFF**

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, DC 20530
Telephone: (202) 616-0856
Facsimile: (202) 514-7969
**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2006, a copy of the foregoing "Status Report Filed Pursuant to October 3, 2006 Order" was filed electronically. I understand that notice of this filing is being served on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Rick D. Bailey
Rick D. Bailey

3584593_2.DOC