# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CPN CASCADE, INC.,** | ) | |
| **Plaintiff,** | ) | **No. 05-1316C** |
| **v.** | ) | **Judge Wolski** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## UNOPPOSED MOTION FOR TEMPORARY STAY OF PROCEEDINGS

CPN Cascade, Inc. seeks a continuation of the temporary stay of this matter to allow it to resolve bankruptcy housekeeping matters and obtain whatever relief may be necessary from the Bankruptcy Court so that it can move forward with this action. Counsel have conferred and have filed a Status Report concurrent with this Motion. The parties are in agreement that this matter may be stayed to and including January 30, 2007. CPN Cascade, Inc. will promptly notify this Court if the case is ready to proceed at an earlier date.

Dated: November 30, 2006.

Respectfully submitted,

s/ Rick D. Bailey

Rick D. Bailey
Holland & Hart LLP
8390 East Crescent Parkway, Suite 400
Greenwood Village, CO 80111-2800
Phone: (303) 290-1089
Fax: (303) 290-1606
rbailey@hollandhart.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2006, a copy of the foregoing "Unopposed Motion for Temporary Stay of Proceedings" was filed electronically. I understand that notice of this filing is being served on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Rick D. Bailey
Rick D. Bailey

3584557_3.DOC