# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CPN CASCADE, INC.** | ) | |
| **Plaintiff,** | ) | **No. 05-1316C** |
| **v.** | ) | **Judge Wolski** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR TEMPORARY STAY OF PROCEEDINGS

The Court has received the plaintiff's unopposed motion for a stay of proceedings. The motion is **GRANTED**. The case shall be stayed until January 30, 2007.

**IT IS SO ORDERED.**

**VICTOR J. WOLSKI**
Judge

3585174_3.DOC