# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CPN CASCADE, INC.,** | ) | |
| **Plaintiff,** | ) | **No. 05-1316C** |
| **v.** | ) | **Judge Wolski** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT

By Order dated December 1, 2006, the Court required the parties jointly to file a status report on or before January 31, 2007. The parties are conferring on the text of the status report and are in agreement that a short extension for filing would facilitate that consultation and approval of the draft report. CPN Cascade, Inc. therefore moves for an extension to Monday February 5, 2007 for the parties to file their joint status report pursuant to the Court's December 1, 2006 Order.

Dated: January 30, 2007.

Respectfully submitted,

s/ Rick D. Bailey

Rick D. Bailey
Holland & Hart LLP
8390 East Crescent Parkway, Suite 400
Greenwood Village, CO 80111-2800
Phone: (303) 290-1089
Fax: (303) 290-1606
rbailey@hollandhart.com
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2007, a copy of the foregoing "Unopposed Motion for Extension of Time to File Status Report" was filed electronically. I understand that notice of this filing is being served on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Rick D. Bailey
Rick D. Bailey

3662743_1.DOC