# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CPN CASCADE, INC.** | ) | |
| **Plaintiff,** | ) | **No. 05-1316C** |
| **v.** | ) | **Judge Wolski** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT

Plaintiff's unopposed motion filed January 30, 2007 for an extension of time to file status report is **GRANTED**.

**IT IS SO ORDERED**, that the Parties shall file their joint status report on or before February 5, 2007.

Dated: __________________

___________________________________
**VICTOR J. WOLSKI**
Judge

3662755_1.DOC