# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CPN CASCADE, INC.,** | ) | |
| **Plaintiff,** | ) | **No. 05-1316C** |
| **v.** | ) | **Judge Wolski** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## STATUS REPORT FILED PURSUANT TO DECEMBER 1, 2006 ORDER

CPN Cascade, Inc. and the United States have conferred and file this status report pursuant to the Court's Order entered December 1, 2006. CPN Cascade, Inc. gave notice that it and its affiliates had filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, by filing a Suggestion of Bankruptcy in this matter on January 5, 2006. On January 17, 2007, upon the application of the Plaintiff and the other debtors, the United States Bankruptcy Court for the Southern District of New York entered an "Order Authorizing Debtors to Retain and Employ Holland & Hart LLP as Special Counsel" in Bankruptcy Case No. 05-60200 (the "Bankruptcy Order"). Pursuant to the Bankruptcy Order, Holland & Hart LLP has been retained by the Plaintiff as special counsel to prosecute this lawsuit and for other matters. CPN Cascade, Inc. has therefore addressed the Bankruptcy housekeeping issues related to this lawsuit so that it is now in a position to proceed.

The parties respectfully suggest that the deadline for filing of the Joint Preliminary Status Report ("JPSR") pursuant to RCFC Appendix A be set for March 20, 2007 – 49 days following the conclusion of the stay of this matter on January 31, 2007. The ordinary period for preparing a JPSR is necessary. Counsel for the United States has already scheduled significant activity for

February 2007 and he did not schedule time for this case in February because he only recently learned that Plaintiff had obtained the relief it required to prosecute this case. Furthermore, counsel requires time to review the facts and law related to this case prior to preparation of a draft JPSR. Time will also be needed for negotiations between counsel for the United States and counsel for the Plaintiff, and for review of the draft negotiated JPSR by agency counsel and by supervisors at the Department of Justice.

Dated: January 31, 2007.

Respectfully submitted,

s/ Rick D. Bailey
Rick D. Bailey
Holland & Hart LLP
8390 East Crescent Parkway, Suite 400
Greenwood Village, CO 80111-2800
Phone: (303) 290-1089
Fax: (303) 290-1606
rbailey@hollandhart.com
**ATTORNEYS FOR PLAINTIFF**

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, DC 20530
Telephone: (202) 616-0856
Facsimile: (202) 514-7969
**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2007, a copy of the foregoing "Status Report Filed Pursuant to December 1, 2006 Order" was filed electronically. I understand that notice of this filing is being served on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Rick D. Bailey
Rick D. Bailey

3661996_1.DOC