# In the United States Court of Federal Claims

No. 05-1316C
(Filed February 1, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
*
**CPN CASCADE, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The parties' unopposed motion for an extension of time in order to file the joint status report, previously due on January 30, 2007, is **GRANTED**. The Court lifts the stay in this matter. As proposed by the parties, the Joint Preliminary Status Report shall be filed on or before **March 20, 2007**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge