# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CPN CASCADE, INC.,** | ) | |
| **Plaintiff,** | ) | **No. 05-1316C** |
| **v.** | ) | **Judge Wolski** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**NOTICE REGARDING FILING OF JOINT PRELIMINARY STATUS REPORT**

By Order dated February 1, 2007, the parties were to file their Joint Preliminary Status Report ("JPSR") on March 20, 2007. Plaintiff CPN Cascade filed a motion pursuant to RCFC 12(c) on March 15, 2007. The motion addresses all issues. RCFC App. A.III.6 provides that the JPSR "shall be deferred indefinitely if on or before the date the [JPSR] is due a dispositive motion addressing all issues is filed." Therefore, the parties will not be filing a JPSR on March 20, 2007.

The parties have agreed that, in the event it becomes necessary to file a JPSR after the Court rules on Plaintiff's RCFC 12(c) motion, they would do so 30 days after that order, or on such other date as the Court orders.

Dated: March 20, 2007.

Respectfully submitted,

s/ Rick D. Bailey

Rick D. Bailey
Holland & Hart LLP
8390 East Crescent Parkway, Suite 400
Greenwood Village, CO 80111-2800
Phone: (303) 290-1089
rbailey@hollandhart.com
**ATTORNEY FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2007, a copy of the foregoing Notice Regarding Filing of Joint Preliminary Status Report was filed electronically. I understand that notice of this filing is being served on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Rick D. Bailey
Rick D. Bailey

3684126_1.DOC