IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CPN CASCADE, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1316C |
| THE UNITED STATES, | ) | (Judge Wolski) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 30 days, to and including May 16, 2007, within which to file our response to the motion for judgment on the pleadings filed by plaintiff, CPN Cascade, Inc. ("CPN"). Our response is due on April 16, 2007. This is our first request for an enlargement of time for this purpose. Counsel for CPN has authorized us to state that CPN does not oppose this motion.

The parties are discussing certain issues related to CPN’s complaint. These discussions are likely to have a significant impact on the approach the United States takes in its response to CPN’s motion for judgment on the pleadings.

Our request for an enlargement of time is supported by the interests of justice and judicial economy. If certain matters can be brought into clearer focus prior to the filing of our response, then our brief will be more useful to the Court. Furthermore, the parties may be able to avoid the time and costs of less focused briefing.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

April 4, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 4, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier