IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CPN CASCADE, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1316C |
| THE UNITED STATES, | ) | (Judge Wolski) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 30 days, to and including June 15, 2007, within which to file our response to the motion for judgment on the pleadings filed by plaintiff, CPN Cascade, Inc. ("CPN"). Our response is due on May 16, 2007. This is our second request for an enlargement of time for this purpose, the Court having granted an enlargement of 30 days. Counsel for CPN has authorized us to state that CPN does not oppose this motion.

Counsel for the parties have been discussing certain important issues related to CPN’s complaint. On or about April 16, 2007, CPN provided a lengthy letter responding to questions raised by the United States. We expect to carefully review this letter prior to preparing our response to CPN’s motion on the pleadings.

Because of the press of other business, and the need to attend to certain family matters, counsel for the United States

has not yet had the opportunity to review CPN's letter or to prepare a response to CPN's motion on the pleadings.

On April 18, 2007, counsel filed a reply brief related to costs and sanctions in Jacobs Engineering Group, Inc. v. United States, 02-1500C (Fed. Cl.). On April 19, 2007, counsel was on leave to attend to childcare matters. From April 20, 2007 through April 24, 2007, counsel performed research to respond to a court order in the Jacobs case concerning jurisdiction to entertain a claim for costs where a party has filed a notice of appeal. Counsel also drafted documents to be filed in Jacobs that became unnecessary when the plaintiff withdrew its motion opposing our costs on April 24, 2007.

On April 24, 2007, counsel participated in an alternative dispute resolution proceeding in TMS Envirocon, Inc. v. United States, No. 06-772C (Fed. Cl.). This proceeding led directly to the dismissal of the case, without prejudice, a few days later.

During the remainder of the week, counsel worked on various matters, most notably two appellate cases. On May 4, 2007, counsel filed a brief in Wayne Hawkes v. Agriculture, 2007-3045 (Fed. Cir.). On May 9, 2007, counsel completed a draft brief for Robert McGee v. DVA, 2007-7071 (Fed. Cir.), and submitted the draft to his supervisor for review. On May 8, 2007, counsel filed a motion for leave to serve additional interrogatories in

International Protective Services, Inc. v. United States, No. 03-2824C (Fed. Cl.).

In addition, counsel has attended to numerous, other matters. These activities have included regular attention to settlement efforts in Arco Management, Inc. v. United States, 04-1782C (Fed. Cl.) and Pierce Street Partners v. United States, 06-812C (Fed. Cl.).

The full enlargement of time requested is needed. Counsel must prepare memoranda regarding settlement offers in both the Arco and the Pierce Street cases. On May 17, 2007, counsel must file a response to the complaint in J.H. Parker Construction Company, Inc. v. United States, No. 07-183C (Fed. Cl.). On May 24, 2007, counsel must file appellate briefs in Salvatore Marassa v. United States Postal Service, 2007-3198 (Fed. Cir.) and in the McGee case. In addition, counsel is scheduled for bid protest duty during the period May 14 - May 25, 2007, and may be called upon to respond to a motion for a temporary restraining order on short notice.

On May 30, 2007, counsel is due to file a response to the complaint in Mayflower Housing Project v. United States, No. 06-731C (Fed. Cl.), although that deadline is likely to be delayed in light of certain settlement efforts. On May 31, 2007, counsel must file a joint preliminary status report in Tompkins Builders, Inc. v. United States, No. 06-849C (Fed. Cl.). On June 5, 2007,

counsel is due to file a joint status report in the International case. On June 11, 2007, counsel is due to file a joint status report in the Pierce Street case.

In addition, counsel must soon prepare a memorandum concerning settlement for United States Fidelity And Guaranty Company v. United States, No. 06-77C (Fed. Cl.), and counsel may be required to defend one or more depositions in HM2 Corporation v. United States, No. 05-551C (Fed. Cl.) at some time during the next 30 days.

Furthermore, time is needed to review CPN's motion on the pleadings, CPN's letter, and various documents, to conduct research, to prepare a draft response, and for review of the draft response by counsel for the agency and by supervisors at the Department of Justice.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

May 10, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 10, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier