# In the United States Court of Federal Claims

No. 05-1316C
(Filed May 15, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
*
**CPN CASCADE, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed motion for an extension of time in which to file its response to plaintiff's motion for judgment on the pleadings is **GRANTED**. Defendant's response, previously due on May 16, 2007, shall be filed on or before **June 15, 2007**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge