IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CPN CASCADE, INC., Plaintiff, | ) | |
| v. | ) | No. 05-1316C |
| THE UNITED STATES, Defendant. | ) | (Judge Wolski) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 14 days, to and including June 29, 2007, within which to file our response to the motion for judgment on the pleadings filed by plaintiff, CPN Cascade, Inc. ("CPN"). Our response is due on June 15, 2007. This is our third request for an enlargement of time for this purpose, the Court having granted enlargements of 30 days and 30 days, respectively. Counsel for CPN has authorized us to state that CPN does not oppose this motion.

Initially, counsel for the United States sought an enlargement of time to permit the parties to discuss certain important issues related to CPN's complaint. On or about April 16, 2007, CPN provided a lengthy letter responding to questions raised by the United States. Subsequently, counsel for the United States filed a second motion for an enlargement of time based upon the press of other business.[1]

---

[1] On April 18, 2007, counsel filed a reply brief related to costs and sanctions in Jacobs Engineering Group, Inc. v. United (continued...)

At the time that the second motion for an enlargement of time was filed, counsel for the United States reported to the Court that counsel anticipated working on the response to CPN's motion during early June. Counsel alerted the Court to various other obligations in May and early June, including the obligations to file a response to the complaint in J.H. Parker Construction Company, Inc. v. United States, No. 07-183C (Fed. Cl.), to file appellate briefs in Salvatore Marassa v. United States Postal Service, 2007-3198 (Fed. Cir.) and in Robert McGee v. DVA, 2007-7071 (Fed. Cir.), and to file a joint preliminary status report ("JPSR") in Tompkins Builders, Inc. v. United

---

[1] (...continued)
States, 02-1500C (Fed. Cl.). On April 19, 2007, counsel was on leave to attend to childcare matters. From April 20, 2007 through April 24, 2007, counsel performed research to respond to a court order in the Jacobs case concerning jurisdiction to entertain a claim for costs where a party has filed a notice of appeal. Counsel also drafted documents to be filed in Jacobs that became unnecessary when the plaintiff withdrew its motion opposing our costs on April 24, 2007.

On April 24, 2007, counsel participated in an alternative dispute resolution proceeding in TMS Envirocon, Inc. v. United States, No. 06-772C (Fed. Cl.). This proceeding led directly to the dismissal of the case, without prejudice, a few days later.

During the remainder of the week, counsel worked on various matters, most notably two appellate cases. On May 4, 2007, counsel filed a brief in Wayne Hawkes v. Agriculture, 2007-3045 (Fed. Cir.). On May 9, 2007, counsel completed a draft brief for Robert McGee v. DVA, 2007-7071 (Fed. Cir.), and submitted the draft to his supervisor for review. On May 8, 2007, counsel filed a motion for leave to serve additional interrogatories in International Protective Services, Inc. v. United States, No. 03-2824C (Fed. Cl.).

States, No. 06-849C (Fed. Cl.). Counsel did, in fact, file these papers in May and June.

The schedule proposed in our last motion permitted counsel for the United States only a few days in June to complete factual and legal research, to draft a response, and to obtain review of the draft by agency counsel and supervisors at the Department of Justice. However, counsel has been required to perform additional assignments that were not anticipated at that time.

Most importantly, two high-priority assignments have demanded counsel's time in early June.

At the time that the previous motion for enlargement was filed, counsel was unaware that he would be required to file an informal brief in King v. Army, 2007-3186 (Fed. Cir.) on June 11, 2007. Our response to informal briefs are required within 21 days from service by the pro se petitioner, and by office policy, counsel is not permitted to enlarge such filing dates. Thus, counsel was required to address the King brief before beginning work on the response in this case.

Similarly, since the previous motion was filed, counsel was assigned a bid protest in late May. Input/Output Technologies, Inc. v. United States, No. 07-322C (Fed. Cl.). Counsel has been required, and will be required, to address the bid protest upon an expedited schedule. In this case, after many consultations with agency personnel, counsel filed four voluminous declarations

on June 7, 2007. A hearing in this matter is scheduled for June 13, 2007, and further proceedings (including briefing) are expected shortly thereafter.

A smaller unexpected task in late May was the need to file a motion to recaption a case in the court of appeals. Durr v. Dept. of Veterans Affairs, 2007-3162 (Fed. Cir.). In addition, counsel recently filed three joint status reports: (1) for the International Protective Services case on June 5, 2007, (2) for Arco Management Corp. v. United States, No. 04-1782C (Fed. Cl.) on June 11, 2007, and (3) for Pierce Street Partners v. United States, No. 06-812C (Fed. Cl.) on June 11, 2007.

The full enlargement of time requested is needed. Time is needed to review CPN's motion on the pleadings, CPN's letter, and various documents, to conduct research, to prepare a draft response, and for review of the draft response by counsel for the agency and by supervisors at the Department of Justice.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

June 13, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 13, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier