# In the United States Court of Federal Claims

No. 05-1316C
(Filed June 14, 2007)

* * * * * * * * * * * * * * * * * * * * * * *

**CPN CASCADE, INC.,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed motion for an extension of time in which to file its response to plaintiff's motion for judgment on the pleadings is **GRANTED**. Defendant's response, previously due on June 15, 2007, shall be filed on or before **June 29, 2007**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge