# In the United States Court of Federal Claims

No. 05-1316C
(Filed June 28, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
*
**CPN CASCADE, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court held an impromptu telephone conference with counsel for the parties this morning concerning the prospects for settling this matter. The plaintiff has recently proposed a settlement. In order to have adequate time to consider this settlement offer the government requested a stay of proceedings, which the plaintiff did not oppose. Consequently, the Court **STAYS** proceedings in this case for sixty (60) days from the date of this order. The parties shall file a joint status report on or by August 27, 2007 informing the Court of the results of the settlement process and, if necessary, recommending a schedule for further proceedings.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge