IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CPN CASCADE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1316C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Wolski) |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to order of the Court, dated June 28, 2007, CPN Cascade, Inc., ("CPN"), and the defendant, the United States, respectfully submit this status report and recommendation regarding further proceedings.

The parties remain optimistic regarding settlement, but the memorandum concerning the settlement offer has not yet been submitted to the authorized representative of the Attorney General. The parties recommend that a joint status report be filed by September 28, 2007, if the case is not dismissed prior to that date.

Counsel for the United States reports that the delay in submitting the memorandum concerning the settlement offer has been caused by the press of other business, including a backlog of such memoranda. From July 2, 2007 through July 6, 2007, counsel was on leave with his family visiting relatives in Massachusetts. Upon returning to Washington, D.C. on July 9, 2007, counsel attended to numerous matters related to a bid

protest which required immediate attention. Input/Output Technologies Inc. v. United States, No. 07-322C (Fed. Cl.). This case has continued to require regular attention. Indeed, a status conference in this case is scheduled for tomorrow, August 28, 2007.

On July 10, 2007, counsel attended a lengthy hearing in a construction contract case. Tompkins Builders, Inc. v. United States, No. 06-849C (Fed. Cl.). On July 11 and 12, 2007, counsel was required to take leave because a fire closed the daycare facility attended by counsel's young son.

On July 16, 2007, counsel participated in a lengthy telephone conference in the Input bid protest case. Counsel was out of the office for a meeting with agency personnel and opposing counsel in the Tompkins case on July 17, 2007. Throughout July and August, counsel was required to give intermittent attention to a case nearing final judgment. William Greene v. United States, No. 03-1677C (Fed. Cl.). Counsel expects to file a response to plaintiff's motion in Greene before August 30, 2007.

On July 23, 2007, counsel filed a joint preliminary status report in JH Parker Construction Company Inc. v. United States, No. 07-183C (Fed. Cl.). On or about August 13, 2007, counsel served a lengthy set of requests for admissions in the Parker

case.

On August 1, 2007, counsel filed a motion to strike the amended complaint in International Protectives Services, Inc. v. United States, No. 03-2824C (Fed. Cl.). On August 7, counsel filed a motion for a scheduling conference in International. On August 23, 2007, counsel filed a reply to the response to the motion to strike. Counsel expects to file a reply regarding the scheduling conference either today or tomorrow.

On August 21, 2007, counsel filed a lengthy, formal brief in Jacobs Engineering Group, Inc. v. United States, 2007-5103 (Fed. Cir.).

In July and August, counsel has prepared two memoranda regarding settlement offers. Arco Management Co. Inc. v. United States, No. 04-1782C (Fed. Cl.); Pierce Street Partners Limited Partnership v. United States, No. 06-812C (Fed. Cl.). Counsel has also devoted substantial time to a memorandum concerning a settlement offer in United States Fidelity & Guaranty Co. v. United States, No. 06-77C (Fed. Cl.).

In addition, counsel has devoted time to numerous, other tasks.

Respectfully submitted,

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Rick D. Bailey
RICK D. BAILEY
Holland & Hart, LLP
8390 East Crescent Parkway
Suite 400
Greenwood Village, CO 80111
Tele: 303-290-1089
Fax: 303-290-1606

Attorney for Plaintiff

S/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

Attorneys for Defendant

August 27, 2007

CERTIFICATE OF FILING

I hereby certify that on August 27, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier