IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CPN CASCADE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1316C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Wolski) |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to order of the Court, dated August 31, 2007, CPN Cascade, Inc., ("CPN"), and the defendant, the United States, respectfully submit this status report and recommendation regarding further proceedings.

The parties remain optimistic regarding settlement, but the memorandum concerning the settlement offer has not yet been submitted to the authorized representative of the Attorney General. The parties recommend that a joint status report be filed by October 26, 2007, if the case is not dismissed prior to that date.

Counsel for the United States reports that the delay in submitting the memorandum concerning the settlement offer has been caused by the press of other business, including a backlog of settlement memoranda. Since filing our status report in August, counsel has prepared numerous revisions to one settlement memorandum, United States Fidelity & Guaranty Co. v. United States, No. 06-77C (Fed. Cl.), and he has engaged in additional

research to support a second recommendation, Arco Management Co. Inc. v. United States, No. 04-1782C (Fed. Cl.). A third recommendation was recently accepted, Pierce Street Partners Limited Partnership v. United States, No. 06-812C (Fed. Cl.), and counsel has drafted a stipulation for entry of judgment that is expected to be filed soon.

On September 5, 2007, counsel was ill and away from the office. On September 11, 2007, counsel filed a response to a motion to compel in William Greene v. United States, No. 03-1677C (Fed. Cl.), and he subsequently spent time seeking to locate a missing check. On September 12, 2007, counsel participated in the scheduling conference following the filing of a joint preliminary status report in JH Parker Construction Company Inc. v. United States, No. 07-183C (Fed. Cl.). Counsel devoted substantial time preparing for this conference, and addressing various discovery matters, because counsel for JH Parker was seeking trial in January 2008. On September 14, 2007, certain settlement discussions concluded with receipt of a settlement offer in Mayflower Housing Project v. United States, No. 06-731C (Fed. Cl.), and activities related to settlement recommendations began.

On September 17, 2007, counsel was ill and away from the office. On September 18, 2007, a lengthy hearing was held to

consider the Government's motion to strike the amended complaint in International Protective Services, Inc. v. United States, No. 03-2824C (Fed. Cl.). At the hearing, counsel for International announced that a settlement offer would soon be made. Counsel has engaged in numerous settlement discussions with plaintiff's counsel (both before and after the hearing).

On September 18, 2007, counsel was transferred responsibility for Fireman's Fund Insurance Co. v. United States, No. 04-1692C (Fed. Cl.). On the same day, counsel learned that a status conference in this case was scheduled for September 20, 2007. Counsel reviewed numerous files, addressed discovery matters and initiated efforts to hire an expert before the hearing, which counsel attended on September 20th.

During the week of September 24, 2007, counsel has attempted to finalize a draft answer, a draft motion to consolidate a related board case, and a draft motion to dismiss a reformation claim in CH2M Hill Hanford Group, Inc. v. United States, No. 07-494C (Fed. Cl.). The response to the complaint has been enlarged twice, and is due on September 28, 2007. On September 26, 2007, counsel filed a motion for an enlargement of time until October 5, 2007 to file a response to the complaint.

In addition, counsel has devoted time to numerous, other tasks.

As October begins, the two top priorities for counsel are the drafting of the settlement memoranda in this case and taking and defending numerous depositions in HM2 Corporation v. United States, No. 05-551C (Fed. Cl.). Settlement efforts have not succeeded in the HM2 case, the discovery deadline has been extended several times, and the time for discovery will soon expire.

Accordingly, the parties respectfully request that they be allowed to file a joint status report by October 26, 2007.

Respectfully submitted,

S/ Rick D. Bailey
RICK D. BAILEY
Holland & Hart, LLP
8390 East Crescent Parkway
Suite 400
Greenwood Village, CO 80111
Tele: 303-290-1089
Fax: 303-290-1606

Attorney for Plaintiff

September 28, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on September 28, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier