# In the United States Court of Federal Claims

No. 05-1316C
(Filed October 1, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
*
**CPN CASCADE, INC.** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received the parties' joint status report and recommendation regarding further proceedings. The parties shall submit another joint status report and recommendation regarding further proceedings on or by **October 26, 2007**, if the case is not dismissed prior to that date.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge