IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CPN CASCADE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1316C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Wolski) |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the order of the Court, dated October 1, 2007, CPN Cascade, Inc., ("CPN"), and the defendant, the United States, respectfully submit this status report and recommendation regarding further proceedings.

The parties remain optimistic regarding settlement, but the memorandum concerning the settlement offer has not yet been submitted to the authorized representative of the Attorney General. The parties recommend that a joint status report be filed by November 26, 2007, if the case is not dismissed prior to that date.

Counsel for the United States reports that the delay in submitting the memorandum concerning the settlement offer has been caused by the press of other business. On October 5, 2007, counsel filed an answer, a motion to consolidate a related board case, and a motion to dismiss a reformation claim in CH2M Hill Hanford Group, Inc. v. United States, No. 07-494C (Fed. Cl.). During the short week beginning October 9th, counsel made final

revisions to the settlement memorandum for United States Fidelity & Guaranty Co. v. United States, No. 06-77C (Fed. Cl.), received a settlement offer in International Protective Services, Inc. v. United States, No. 03-2824C (Fed. Cl.), and devoted substantial time to settlement efforts in Arco Management Co. Inc. v. United States, No. 04-1782C (Fed. Cl.), and Mayflower Housing Project v. United States, No. 06-731C (Fed. Cl.). In addition, counsel devoted time to discovery and claim analysis in Fireman's Fund Insurance Co. v. United States, No. 04-1692C (Fed. Cl.), and HM2 Corporation v. United States, No. 05-551C (Fed. Cl.).

Counsel was ill and away from the office on October 15-16, 2007. On October 17-19, 2007, counsel drafted a settlement memorandum for the International case. In addition, counsel devoted substantial time to two bid protests that were noticed -- but never filed -- at the United States Court of Federal Claims.

Counsel was again ill and away from the office on October 22-23, 2007. On October 24, 2007, counsel filed a motion for relief from a protective order in Input/Output Technologies, Inc. v. United States, No. 07-322C (Fed. Cl.), held settlement discussions in Tompkins Builders, Inc. v. United States, No. 06-849C (Fed. Cl.), and participated in a status conference with the Court in the Tompkins case. On October 26, 2007, counsel is due to serve a lengthy response to requests for admissions and a

response to requests for documents in JH Parker Construction Company Inc. v. United States, No. 07-183C (Fed. Cl.). In addition, counsel has attended to many other matters.

Counsel for the United States intends to set aside as much time as possible next week to prepare the settlement memorandum in this case. In the event that the settlement offer is accepted by the authorized representative of the United States, CPN must comply with certain requirements of the bankruptcy court before the settlement can take effect, and CPN is eager to begin that process as soon as possible in November, preferably no later than November 21st, with the goal of having the settlement approved and in effect in 2007.

For the reasons set forth above, the parties respectfully request that they be allowed to file a joint status report by November 26, 2007.

Respectfully submitted,

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Rick D. Bailey
RICK D. BAILEY
Holland & Hart, LLP
8390 East Crescent Parkway
Suite 400
Greenwood Village, CO 80111
Tele: 303-290-1089
Fax: 303-290-1606

Attorney for Plaintiff

S/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

Attorneys for Defendant

October 26, 2007

CERTIFICATE OF FILING

I hereby certify that on October 26, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier