IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CPN CASCADE, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1316C |
| THE UNITED STATES, | ) | (Judge Wolski) |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the order of the Court, dated October 29, 2007, CPN Cascade, Inc. (CPN), and the defendant, the United States, respectfully submit this status report and recommendation regarding further proceedings.

The authorized representative of the Attorney General has accepted CPN's offer to settle the case, contingent upon bankruptcy court approval, and contingent upon a formal decision by Bonneville Power Administration (BPA) to authorize payment of the settlement amount from BPA funds. BPA has provided notice to the public, and an opportunity to comment, concerning the proposed settlement. The notice period will run through December 10, 2007. BPA expects to inform the parties on or before December 14, 2007 of the formal agency decision regarding whether to fund the settlement.

CPN will, as soon as practicable given the BPA approval process, take all necessary steps to seek whatever approvals of the settlement that may be necessary from United States

Bankruptcy Court for the Southern District of New York.

For the reasons set forth above, the parties respectfully request that they be allowed to file a joint status report by February 8, 2008, if no stipulation for dismissal is filed before that date.

Respectfully submitted,

S/ Rick D. Bailey
RICK D. BAILEY
Holland & Hart, LLP
8390 East Crescent Parkway
Suite 400
Greenwood Village, CO 80111
Tele: 303-290-1089
Fax: 303-290-1606

Attorney for Plaintiff

November 26, 2007

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 26, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier