# In the United States Court of Federal Claims

No. 05-1316C
(Filed November 27, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
*
**CPN CASCADE, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed the parties' joint status report and recommendation regarding further proceedings. The parties shall submit another joint status report and recommendation regarding further proceedings on or by **February 8, 2008**, if the case is not dismissed prior to that date.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge